No. 03–10177. HOLLIS-ARRINGTON *v.* CENDANT MORTGAGE CORP. ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR and JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–10325. ORTIZ DIAMOND *v.* BANK OF AMERICA ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–10438. BOKIN *v.* SCHWARZENEGGER, GOVERNOR OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–10527. KLAT *v.* CALIFORNIA BOARD OF REGISTERED NURSING. Ct. App. Cal., 3d App. Dist. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 03–10721. KLAT *v.* REGENTS OF THE UNIVERSITY OF CALIFORNIA, SAN DIEGO. Ct. App. Cal., 4th App. Dist. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 03–11033. COLLIER *v.* ZAGEL, JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS. C. A. 7th Cir. Certiorari before judgment denied.

No. 04–14. AIR LIQUIDE AMERICA L. P., FKA AIR LIQUIDE AMERICA CORP., ET AL. *v.* UNITED STATES ARMY CORPS OF ENGINEERS ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–43. HING QUAN LUM ET AL. *v.* BANK OF AMERICA ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.